# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BARBARA M. GOLDING  
2412 FREMONT STREET  
ROCKFORD, IL  61103  

SSN-xxx-xx-5928

Case Number: 04-75162

Case filed on: 10/14/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,821.53                Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BARBARA M. GOLDING | 0.00 | 0.00 | 121.53 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 121.53 | 0.00 |
| 001 | SECURITY FINANCE | 675.65 | 675.65 | 412.05 | 0.00 |
| 002 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CFC FINANCIAL LLC | 328.81 | 328.81 | 200.53 | 0.00 |
| 004 | CHASE RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COLLECT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | D&B RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | NICOR GAS | 234.74 | 234.74 | 143.16 | 0.00 |
| 010 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RETRIEVAL MASTERS CREDITORS BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD HOUSING AUTHORITY | 668.00 | 668.00 | 407.38 | 0.00 |
| 013 | TASTE OF H0MEBOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WAL-MART STORES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,907.20 | 1,907.20 | 1,163.12 | 0.00 |
|  | Grand Total: | 3,271.20 | 3,271.20 | 2,648.65 | 0.00 |

Total Paid Claimant:  $2,648.65  
Trustee Allowance:  $172.88  
Percent Paid Unsecured:  60.99

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan